# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| NORMA JEAN SIMMONS, ) ) Plaintiff, ) ) v. ) ) DIRECTORY DISTRIBUTING ) ASSOCIATES, ) ) Defendant. ) | No. 4:04-CV-674 CAS |

## JUDGMENT AND ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of defendant Directory Distributing Associates and against plaintiff Norma Simmons on plaintiff's claims under the Age Discrimination in Employment Act and Title VII of the Civil Rights Act of 1964.

**IT IS FURTHER ORDERED** that plaintiff's claims under the Missouri Human Rights Act are **DISMISSED**.

**IT IS FURTHER ORDERED** that costs shall be assessed against plaintiff Norma Simmons.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 22nd day of August, 2005.